**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-19L **DATE**: June 7th, 2005

**TITLE OF CASE:** USA v. Alberto Coll

---

**CHIEF JUDGE:** **Senior Judge Ronald R. Lagueux**

**COURTROOM CLERK:** **Barbara J. Gilfillan**

**COURT REPORTER:** **Karen Zinni**

**COURT INTERPRETER:** **N/A**

---

**COUNSEL PRESENT**

Government: Lee Vilker

Defendant: Frank Flanagan

Probation: Heather McLaughlin

---

**PROCEEDINGS:** **Sentencing**

All counsel of record present. Defendant is present. Probation is present. Government addresses court with recommendations; Mr. Flanagan addressed court; Defendant addresses court; Court sentences defendant to 1 year probation; $5,000.00 fine; $100.00 assessment