IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | : | CR. No. 05-19L |
| v. | : | Violation of 18 U.S.C. § 1001 |
| | : | |
| ALBERTO COLL | : | |

**DEFENDANT'S MOTION TO TRAVEL OUT OF THE UNITED STATES**

NOW COMES THE Defendant, Alberto Coll, by and through his attorney of record, Francis J. Flanagan, Esq., and hereby requests permission to travel outside of the United States to Costa Rica for a period of six (6) days from July 10, 2005 through July 16, 2005. In support of this Motion the Defendant states the following:

1. As of July 1, 2005, the Defendant was newly employed by the Law School at DePaul University, in Chicago, Illinois.
2. His new employer has requested him to join a scholastic/educational seminar in Costa Rica from July 10, 2005, through July 16, 2005.
3. Assistant United States Attorney, Lee Vilker, the prosecutor in this case, does not object to this motion.
4. Mr. Coll's probation officer does not object to this Motion.
5. As part of this request Defendant asks for permission to retrieve his passport from probation and will return said passport immediately upon his return.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant his Motion to Travel Outside the United States.

ALBERTO COLL,
By His Attorneys

DATED: July 6, 2005

Francis J. Flanagan, Esquire (#4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040

**NOTICE**

PLEASE LET THIS MATTER BE HEARD ON THE next available Motion Hearing date.

Sandra A. Johnson, Paralegal

**CERTIFICATION**

I certify that on the 6 day of July, 2005, I delivered a true copy of the within Motion to Lee Vilker, Esq., Assistant United States Attorney, US Attorney's Office, 50 Kennedy Plaza, Providence, RI 02903, and Heather McLoughlin, Probation Office, United States District Court, Two Exchange Terrace, 3rd Floor, John O. Pastore Federal Building, Providence, RI 02903, via first class mail postage pre-paid.

Sandra A. Johnson, Paralegal