IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATE OF AMERICA

v.

ALBERTO COLL

CR. No. 05-19L
Violation of 18 U.S.C. § 1001

FILED — DISTRICT OF RHODE ISLAND

**DEFENDANT'S MOTION TO TRAVEL OUT OF THE UNITED STATES**

NOW COMES THE Defendant, Alberto Coll, by and through his attorney of record, Francis J. Flanagan, Esq., and hereby requests permission to travel outside of the United States to Costa Rica for a period of six (6) days from July 10, 2005 through July 16, 2005. In support of this Motion the Defendant states the following:

1. As of July 1, 2005, the Defendant was newly employed by the Law School at DePaul University, in Chicago, Illinois.
2. His new employer has requested him to join a scholastic/educational seminar in Costa Rica from July 10, 2005, through July 16, 2005.
3. Assistant United States Attorney, Lee Vilker, the prosecutor in this case, does not object to this motion.
4. Mr. Coll's probation officer does not object to this Motion.
5. As part of this request Defendant asks for permission to retrieve his passport from probation and will return said passport immediately upon his return.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant his Motion to Travel Outside the United States.

ALBERTO COLL,
By His Attorneys

DATED: July 6, 2005

[signature]

Francis J. Flanagan, Esquire (#4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040

Granted: Ronald R. Lagueux
Sr. USDJ 7/6/05