IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. No. 05-019L |
| v. | : | Violation of 18 U.S.C. § 1001 |
| | : | |
| ALBERTO COLL | : | |

**AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION TO SUSPEND PROBATION**

NOW COMES THE Defendant, Alberto Coll, by and through his attorney of record, Francis J. Flanagan, Esq., and hereby swears that this affidavit and following statements are true:

1. On or about June 7, 2005 my client was sentenced to one year of probation and a fine of $5,000.00 and a special assessment of $100.00.
2. Dr. Coll has complied with all of the terms of my probation and Dr. Coll has paid the fines levied.
3. Dr. Coll has commenced working as a professor at the College of Law, at DePaul University in Chicago, Illinois.
4. At this time we request to have said probation suspended.
5. If said probation is not suspended at this time, his file must be transferred to the probation office in Chicago, Illinois and a new probation officer must take over his file.

ALBERTO COLL,
By His Attorneys

DATED: 22 Aug 05

Francis J. Flanagan, Esquire (#4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040

Subscribed and sworn to before me this 22 day of August, 2005.

Notary Public Linda A Sagamore
My Commission Expires 5/20/06