**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 05-019L |
| | : | |
| ALBERTO COLL | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUSPEND PROBATION**

The United States Attorney for the District of Rhode Island, Robert Clark Corrente, by and through Lee H. Vilker, Assistant U.S. Attorney, hereby submits this memorandum in response to defendant Alberto Coll's motion to suspend probation. The Government has no objection to the Court staying the remainder of defendant Coll's term of probation.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Lee Vilker
LEE H. VILKER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of August, 2005 a copy of the within Response was sent via regular mail to the following:

Frank Flanagan, Esq.
Sayer, Regan, Thayer & Flanagan
130 Bellevue Avenue
Unit 2