IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
: CR. No. 05-019
v. : Violation of 18 U.S.C. § 1001
:
ALBERTO COLL :

FILED AUG 30 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**DEFENDANT'S MOTION TO SUSPEND PROBATION**

NOW COMES THE Defendant, Alberto Coll, by and through his attorney of record, Francis J. Flanagan, Esq., and respectfully requests an Order suspending the probation of the above-named Defendant pursuant to Rule 38(d) of the Federal Rules of Criminal Procedure. In support of this Motion the Defendant states the following:

1. The Probation Department has stated that they would approve a Motion to Suspend Probation.
2. The Honorable Judge Ronald R. Lagueux, in his statements during the Sentencing Hearing of the Defendant, suggested that the Defendant could file a Motion for Suspension of Probation if he performs all of the duties of probation. Defendant directs this court to Lines 14-17 on page 10 of the transcript of the Sentencing Hearing which is attached hereto as Exhibit A.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant his Motion to Suspend Probation.

ALBERTO COLL,
By His Attorneys

DATED: 22 AUG 05

Francis J. Flanagan, Esquire (#4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040

**NOTICE**

PLEASE LET THIS MATTER BE HEARD ON THE next available Motion Hearing date.

Sandra A. Johnson, Paralegal

Granted: Ronald R. Lagueux
Sr. USDJ 9/8/05