IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
: CR. No. 05-19 L
v. : Violation of 18 U.S.C. § 1001
:
ALBERTO COLL :

**DEFENDANT'S MOTION TO RELEASE PASSPORT**

NOW COMES THE Defendant, Alberto Coll, by and through his attorney of record, Francis J. Flanagan, Esq., and respectfully requests an Order releasing his Passport. In support of this Motion the Defendant states the following:

1. On September 8, 2005, this Court granted Defendant's Motion to Suspend Probation.
2. As part of his employment as a professor at the Law School at DePaul University, in Chicago, Illinois, the Defendant must frequently travel outside of the United States.
3. The Probation Department has instructed the Defendant to file a Motion to Release his Passport to allow them to release said passport to the Defendant upon the Court's approval of said Motion.
4. Defendant's counsel has spoken with Assistant United States Attorney, Lee Vilker, the assigned prosecutor, who stated that he does not object to the return of said passport to the Defendant, Alberto Coll.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant his Motion to Release his Passport.

DATED: 11 OCT 05

ALBERTO COLL,
By His Attorneys

Francis J. Flanagan, Esquire (#4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040

☐ Referred to U.S.M.J. Almond
☐ for findings & accommendations
☑ for determination
☐ 10-14-05

Ronald R. Lagueux, Senior U.S. District Judge

Date: ______

10/17/05: GRANTED ABSENT ANY OBJECTION BY the Government or Probation. [signature] USMJ